```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WALTER AUTO LOAN TRUST, *et al.*,

                Plaintiffs,

-against-

POSH AUTOMOTIVE LLC, *et al.*,

                Defendants.
-----------------------------------------------------------------X

1:24-cv-05170-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated July 12, 2024, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 4, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's July 12, 2024 order forthwith and in any event no later than 1:00 p.m. on September 11, 2024.

      SO ORDERED.

Dated: September 10, 2024
New York, New York

                                              GREGORY H. WOODS
                                           United States District Judge