```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
WALTER AUTO LOAN TRUST, *et al.*, :
:
                            Plaintiffs, :    1:24-cv-05170-GHW
:
            -v- :    <u>ORDER</u>
:
POSH AUTOMITIVE LLC, *et al.*, :
:
                          Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Plaintiffs have voluntarily dismissed their claims against Defendant Carissa Hill under Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 38. The Clerk of Court is directed to remove the name of Defendant Carissa Hill from the caption of this case.

    SO ORDERED.

Dated: September 15, 2024
       New York, New York

                                                          _____
                                                               GREGORY H. WOODS
                                                           United States District Judge