USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WALTER AUTO LOAN TRUST, *et al.*,

                           Plaintiffs,                    1:24-cv-5170-GHW

            -v-                                     ORDER

POSH AUTOMOTIVE LLC,

                          Defendant.
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     In the Court's order dated February 23, 2025, Dkt. No. 43, the parties were directed to submit a joint status letter no later than May 28, 2025, ahead of the post-discovery status conference scheduled for June 4, 2025. As of the date of this order, the Court has not received the joint status letter. The referral to the Mediation Program, Dkt. No. 47, does not automatically stay the deadlines or adjourn scheduled conferences in this case. The parties are directed to comply with the Court's February 23, 2025 order forthwith and in any event no later than June 2, 2025.

     SO ORDERED.

Dated: May 30, 2025
New York, New York

                                                    GREGORY H. WOODS
                                                 United States District Judge