```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
WALTER AUTO LOAN TRUST, *et al.*,         :
                                                                      :
                                                Plaintiffs,    :             1:24-cv-5170-GHW
                                                                      :
                                            -v-                              :                 <u>ORDER</u>
                                                                      :
POSH AUTOMOTIVE LLC,                  :
                                                                      :
                                                Defendant.    :
                                                                      :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court received a suggestion of bankruptcy as to Defendant Posh Automotive LLC. Dkt. No. 54. As a result, this case is automatically STAYED. *See* 11 U.S.C. § 362(a); *S.E.C. v. Brennan*, 230 F.3d 65, 70 (2d Cir. 2000) ("Section 362(a) of Title 11 of the United States Code stays the commencement or continuation of virtually all proceedings against a debtor, including enforcement of judgments, that were or could have been commenced before the debtor filed for bankruptcy.").

      Plaintiffs are directed to submit a status letter on the earlier of (i) any event that Plaintiffs contend affects the automatic bankruptcy stay or (ii) April 15, 2026.

      The final pretrial conference scheduled for October 28, 2025, the deadlines for all pretrial submissions, and the trial scheduled to begin on December 2, 2025, are all adjourned *sine die*.

      The Clerk of Court is directed to note the stay of this case on the docket.

      SO ORDERED.

Dated: August 26, 2025

                                                                                    GREGORY H. WOODS
                                                                          United States District Judge